MICHAEL THOMASULA et al., Respondents, v LANCET ARCH, INC., Appellant. [812 NYS2d 926]—Appeal from an order of the Supreme Court, Erie County (John P. Lane, J.), entered July 20, 2005 in a personal injury action. The order, insofar as appealed from, granted plaintiffs' motion for partial summary judgment on liability on the Labor Law § 240 (1) claim and denied in part defendant's cross motion for summary judgment dismissing the complaint.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on March 22, 2006,

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs upon stipulation. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

 MARK C. SMELTS, Appellant, v ANDREW P. MELONI, as Sheriff of Monroe County, et al., Respondents, et al., Defendants. (Appeal No. 1.) [812 NYS2d 926]—Appeal from an order of the Supreme Court, Monroe County (Raymond E. Cornelius, J.), entered February 22, 2005. The order granted the motions of defendants Andrew P. Meloni, Sheriff Monroe County, Deputy Monroe County Sheriff Bridget O'Hara and City of Rochester for summary judgment dismissing the second amended complaint against them.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988 [1988]; Chase Manhattan Bank, N.A. v Roberts & Roberts, 63 AD2d 566, 567 [1978]; see also CPLR 5501 [a] [1]). Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

 MARK C. SMELTS, Appellant, v ANDREW P. MELONI, as Sheriff of Monroe County, et al., Respondents, et al., Defendants. (Appeal No. 2.) [812 NYS2d 927]—Appeal from a supplemental order of the Supreme Court, Monroe County (Raymond E. Cornelius, J.), entered March 16, 2005. The supplemental order recited the papers used on the motions that were determined by the order entered February 22, 2005.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (see Hughes v Nussbaumer, Clarke & Velzy, 140 AD2d 988 [1988]; Chase Manhattan Bank, N.A. v Roberts & Roberts, 63 AD2d 566, 567 [1978]; see also CPLR 5501 [a] [1]). Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.